450 A.2d 1047

Serkin a/k/a Ludwig v. Veneziale, Appellant.
Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Argued September 14, 1981. Sheridan P. Hunt, Jr., for appellant;   Glen D. Hains, for appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.